No. 78–640.  ABELES *v.* ELROD, SHERIFF.  C. A. 7th Cir. Certiorari denied.

No. 78–692.  PRO ARTS, INC., ET AL. *v.* FACTORS ETC., INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 78–728.  DIPAOLA *v.* MITCHELL, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–733.  POE *v.* MITCHELL.  C. A. 6th Cir.  Certiorari denied.

No. 78–736.  DICK MEYERS TOWING SERVICE, INC. *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–737.  HONGISTO, SHERIFF, ET AL. *v.* GLEN ET AL. C. A. 9th Cir.  Certiorari denied.

No. 78–742.  GRIGSBY *v.* DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App.  Certiorari denied.

No. 78–743.  RIZZO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 78–779.  EDELSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 78–780.  SHOVEA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–783.  REECE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–784.  MORENO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–788.  ESQUIRE, INC. *v.* RINGER, REGISTER OF COPYRIGHTS.  C. A. D. C. Cir.  Certiorari denied.